IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DERRICK ALLEN,                     )
                                   )
          Plaintiff,               )
                                   )
     v.                            )     1:24CV348
                                   )
RALEIGH HOUSING AUTHORITY, and     )
DURHAM HOUSING AUTHORITY,          )
                                   )
          Defendants.              )
```

## ORDER

On April 29, 2024, this court issued a text order denying the Application for Leave to Proceed in District Court without Prepaying Fees or Costs (Doc. 2), in light of the directive in the Judgment entered in Allen v. Birkhead, 1:21CV551, Doc. 8 at 3 (M.D.N.C. February 6, 2023), requiring the Clerk "to refuse to accept, for a period of two years, any civil action submitted by Plaintiff without the prepayment of the full filing fee". Additionally, the Order required Plaintiff to pay the full filing fee by May 20, 2024, and denying the Motion to Appoint counsel (Doc 4), in light of Plaintiff's history of frivolous litigation in this court.

IT IS THEREFORE ORDERED that due to Plaintiff's failure to pay the full filing fee by May 20, 2024, this case is dismissed without prejudice.

/s/   Thomas D. Schroeder
                                     United States District Judge

June 3, 2024